**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 576 MAL 2022

              Petitioner               :

                               :    Petition for Allowance of Appeal

                               :    from the Order of the Superior Court

          v.                        :

                               :

IAN SAMUEL LAKE,                 :

                               :

              Respondent             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.